**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3391

_____

| | | |
|---|---|---|
| Jerry A. Sabatka, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Union Pacific Railroad Company; | * | |
| J.B. Baird, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: May 23, 1997

Filed: June 4, 1997

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Jerry A. Sabatka appeals from the district court's[1] dismissal of his diversity action against Union Pacific Railroad Company and its Director of Telecommunications. Having reviewed the record and the parties' briefs, we conclude that the dismissal was correct, and that an extended discussion is not warranted. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable William G. Cambridge, Chief Judge, United States District Court for the District of Nebraska.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.